IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00500-WJM-MEH

JEREMIAH HEIKKILA, and
KEVIN BRENGELMANN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

PATTERSON-UTI DRILLING COMPANY, LLC,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 7, 2015.**

    The Joint Motion to Vacate Scheduling Conference [filed May 7, 2015; docket #10] is **granted in part and denied in part**. The Scheduling Conference currently set for May 28, 2015 is **converted** to a Status Conference at which counsel for the parties shall be prepared to discuss their efforts to transfer venue. Of course, if the case is transferred before May 28, 2015, the conference will be vacated.